Attorney(s): Lipsky Lowe LLP
Index #: 1:21-CV-01232-RA
Purchased/Filed: February 16, 2021
State of New York
Court: U. S. District
County: Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Lynnette Tatum-Rios Individually and on behalf of all other persons similarly Situated

Plaintiff(s)

against

Galaxy Relaxation d/b/a Moon Pod

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 55 yrs
Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White
Hair color: Brown  Other:

Sean Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on March 12, 2021, at 12:50 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons in A Civil Action & Complaint**

on

**Galaxy Relaxation LLC d/b/a Moon Pod**

the Defendant in this action, by delivering to and leaving with Nancy Dougherty AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

12th day of March 2021

ROBERT GUYETTE
Notary Public State of New York
01GU6382699 RENSSELAER COUNTY
Commission Expires OCTOBER 29, 2022

Sean Warner
Invoice-Work Order # 2107617
Attorney File # Tatum-Rios