| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

LYNNETTE TATUM-RIOS, *individually and on behalf of all other persons similarly situated*,

               Plaintiff,

       v.

GALAXY RELAXATION LLC, *doing business as* MOON POD,

               Defendant.

21-CV-1232 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On March 19, 2021, Plaintiff filed an affidavit of service, representing that Defendant was served process on March 12, 2021. Dkt. 6. Accordingly, Defendant's answer was due April 2, 2021. To date, Defendant has not filed an answer nor otherwise appeared in this action. If Plaintiff intends to move for a default judgment against Defendant, she shall do so no later than June 1, 2021, in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf)

SO ORDERED.

Dated:    April 30, 2021
            New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge